Charles H. Macdonald, Respondent, *v.* Dreamland, Appellant.

*Macdonald* v. *Dreamland,* 114 App. Div. 919, appeal dismissed.
(Submitted January 7, 1907; decided January 15, 1907.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the judgment was not appealable of right to the Court of Appeals, and permission to appeal had not been granted.

34

*Samuel T. Carter, Jr.,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.